JENNINGS *v.* LIDDELL *et al.*

PER CURIAM. The court did not err in overruling the demurrer to the petition.

*Judgment affirmed.* *All the Justices concur, except Gilbert and Bell, JJ., who dissent.*

No. 10594. MARCH 12, 1935.

468

*Brackett & Drennan,* for plaintiff in error.
*Augustine Sims,* contra.